FILED

12/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0410

Nicholas J. Lofing
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
njlofing@garlington.com

*Attorneys for Wild Eagle Mountain Ranch, LLC*

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0410

| | |
|---|---|
| CRAZY MOUNTAIN CATTLE CO., RICHARD JARRETT, and ALFRED ANDERSON,<br><br>               Plaintiffs and Appellants,<br><br>   v.<br><br>WILD EAGLE MOUNTAIN RANCH, ROCK CREEK RANCH I LTD., a Texas limited partnership; YELLOWSTONE RIVER RANCH d/b/a DIANA'S GREAT IDEA, LLC, a Montana limited liability company; ENGWIS INVESTMENT COMPANY, LTD., a Montana limited partnership; R.F. BUILDING COMPANY, LP, a Montana limited partnership,<br><br>               Defendants and Appellees. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Pursuant to the Motion of Defendant/Appellee, Wild Eagle Mountain Ranch, LLC, and there being no objection,

IT IS HEREBY ORDERED that Wild Eagle Mountain Ranch, LLC, is granted an extension of time, up to and including Monday, January 24, 2022, to file its Response Brief which is presently due on December 23, 2021.

DATED this ____ day of December, 2021.

_____
Chief Justice

c:  Nicholas J. Lofing, Esq.
   Monica J. Tranel, Esq.
   Stephen E. Woodruff, Esq.
   Elizabeth Greenwood, Esq./Inga L. Parsons, Esq.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 15 2021